UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAY F. VERMILLION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:15-cv-605-RLY-TAB |
| | ) |
| MARK E. LEVENHAGEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON STIPULATION OF DISMISSAL

The Court finds that a Stipulation of Dismissal has been entered into between the parties. This Stipulation of Dismissal has been filed with the clerk of the court and provides for dismissal of this action with prejudice.

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice, each party to bear their own fees and costs.

Date: 10/21/2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution: Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.